MARK BLAIR
State Bar Number 122168
520 South El Camino Real, Suite 218
San Mateo, California 94402
PHONE  (650) 344-4343
FAX       (650) 344-4353
EMAIL:  themarkblair@yahoo.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA SOTO MORENO, JESSICA SOTO MORENO, MARITZA SOTO RAMIRO, OSCAR RENTERIA, RAMIRO SOTO MORENO, FELICIANO VARGAS, FELICIANO VARGAS JR, LUZ AIDA VARGAS<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>CITY OF EAST PALO ALTO, a municipal corporation; CITY OF REDWOOD CITY, a municipal corporation; COUNTY OF SAN MATEO, a political subdivision of the State of California; Jerry ALCARAZ, individually and in his official capacity as a police officer; John MUNSEY, individually and in his official capacity as a police officer; Richard MAHER, individually and in his official capacity as a police officer; Gary RAMOS, individually and in his official capacity as a police officer; Craig DENTON, individually and in his official capacity as a police officer: Linda GIBBONS, individually and in her official capacity as a police officer; Michael PECK, individually and in his official capacity as a police officer; Robert ARNUADO, individually and in his official capacity as a police officer; Russell Felker, individually and in his official capacity as a police officer;  DOES 11 through 49, individually and in their official capacity as a police officers; DOE 50 individually and in his or her capacity | CASE NO : C 06 4168 MEJ<br><br>PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM BY NATIVIDAD MORENO ON BEHALF OF RAMIRO SOTO MORENO (A MINOR UNDER THE AGE OF 14 YEARS), CONSENT AND ORDER |

as Chief of Police of the City of East Palo Alto; Carlos BOLANOS, individually and in his official capacity as a police officer and as Chief of Police of the City of Redwood City; Don Horsley, individually and in his official capacity as a police officer and as Sheriff of San Mateo County Sheriffs Department; DOES 1 through 10, as sole proprietorships, partnerships, corporations or limited liability companies, as the manufacturers, designers, distributors, assemblers, and sellers of the plastic restraint placed on Mr. Vargas; and, DOES 51 through 55, as municipal corporations and political subdivisions of the State of California.

Defendants.

Petitioner Ramiro Soto Moreno respectfully states:

l. Ramiro Soto Moreno is a minor, born November 30, 1997 and is under 14 years of age.

2. Petitioner resides in the City of East Palo Alto, County of San Mateo, State of California, with her mother, Natividad Moreno.

3. Petitioner has a cause of action against the above-named Defendants upon which Petitioner wishes to bring an action is this court. The cause of action arises out of an incident of police misconduct in the service of a search warrant on July 10, 2004, in the County of San Mateo.

4. Petitioner has no guardian of the estate and no previous application for appointment of a guardian ad litem has been made in this matter.

5. Natividad Moreno is Petitioner's mother and is a competent and responsible person to serve as guardian ad litem for Petitioner and has consented to serve as much.

6. Petitioner desires that the guardian ad litem be authorized to contract with The Law Office of Mark Blair, a law firm, located at 520 South El Camino Real, Suite 218, San Mateo, California 94402, to prosecute the cause of action on behalf of Petitioner under an agreement providing for a fee arrangement subject to review by this court.

///

WHEREFORE, Petitioner prays that:

1. Natividad Moreno be appointed guardian ad litem for Petitioner to prosecute the above-described cause of action on Petitioner's behalf.

2. Said guardian ad litem be authorized to employ an attorney at law to conduct the litigation and to pay reasonable attorneys fees subject to approval of the court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of June, 2006, at Redwood City, California.

_____
Natividad Moreno

I, Mark Blair, have translated the above to Natividad Moreno from English into Spanish.  I am proficient in both the English and Spanish languages.

Executed this 4th day of June, 2006, at Redwood City, California.

_____
Mark Blair

CONSENT OF NOMINEE

I, Natividad Moreno, the nominee of the Petitioner in the above Petition consent to serve as guardian ad litem for Petitioner and to prosecute the above-described action.

Dated: June 4, 2006

_____
Natividad Moreno

I, Mark Blair, have translated the above to Natividad Moreno from English into Spanish.  I am proficient in both the English and Spanish languages.

Executed this 4th day of June, 2006, at Redwood City, California.

_____
Mark Blair

3

ORDER

Good cause appearing therefore from the Petition of Ramiro Soto Moreno,

IT IS HEREBY ORDERED:

That Natividad Moreno is hereby appointed as guardian ad litem for Ramiro Soto Moreno, a minor, and that such guardian ad litem can prosecute the above action on behalf of such minor and that such guardian ad litem is authorized to employ an attorney at law to conduct the litigation and to pay the attorney reasonable attorneys fees subject to the approval of this court.

Dated: July 31, 2006

_____
JUDGE

*IT IS SO ORDERED*
*Judge Maria-Elena James*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA