JEFFREY M. VUCINICH, ESQ. BAR#: 67906
JOSHUA W. ROSE, ESQ. BAR#: 191024
CLAPP, MORONEY, BELLAGAMBA and VUCINICH
A PROFESSIONAL CORPORATION
1111 Bayhill Drive, Suite 300
San Bruno, CA 94066
(650) 989-5400  (650) 989-5499 FAX

Attorneys for Defendants
CITY OF EAST PALO ALTO, OFFICER JERRY ALCARAZ and WESLEY BOWLING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA SOTO MORENO et al. | CASE NO.: C 06 4168 PJH |
| Plaintiffs, | STIPULATION OF DISMISSAL AND ORDER |
| vs. | |
| CITY OF EAST PALO ALTO, a municipal corporation; et al. | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed, without prejudice, against defendants CITY OF EAST PALO ALTO, OFFICER JERRY ALCARAZ and WESLEY BOWLING only pursuant to FRCP 41(a)(a). Each party is to bear its own fees and costs.

///
///
///
///

STIPULATION OF DISMISSAL

| | |
|---|---|
| 1  DATED: 4/24/07 | LAW OFFICES OF MARK BLAIR<br><br>_____<br>MARK BLAIR<br>Attorney for Plaintiffs |
| 5  DATED: 04/24/07 | CLAPP, MORONEY, BELLAGAMBA<br>and VUCINICH<br><br>_____<br>JEFFREY M. VUCINICH<br>Attorney for CITY OF EAST PALO ALTO, OFFICER JERRY ALCARAZ and WESLEY BOWLING |
| 10  DATED: 4/26/07 | HOWARD, ROME, MARTIN AND RIDLEY LLP<br><br>_____<br>JOSEPH C. HOWARD, JR.<br>Attorney for CITY OF BELMONT et al. |
| 15  DATED: | _____<br>JOHN D. NEBBELIN<br>Attorney for COUNTY OF SAN MATEO et al. |
| 18  DATED: | BURNHAM & BROWN<br><br>_____<br>JOHN VERBER<br>Attorney for THOMAS & BETTS CORP. |
| 22  DATED: | HELLER EHRMAN LLP<br><br>_____<br>AARON ARMSTRONG<br>Attorney for ARMOR HOLDINGS FORENSICS, L.L.C. |

STIPULATION OF DISMISSAL

| | | |
|---|---|---|
| 1 | DATED: 4/24/07 | LAW OFFICES OF MARK BLAIR |
| 2 | | |
| 3 | | *[signature]* |
| | | MARK BLAIR |
| 4 | | Attorney for Plaintiffs |
| 5 | DATED: 04/24/07 | |
| 6 | | CLAPP, MORONEY, BELLAGAMBA and VUCINICH |
| 7 | | |
| 8 | | *[signature]* |
| | | JEFFREY M. VUCINICH |
| 9 | | Attorney for CITY OF EAST PALO ALTO, OFFICER JERRY ALCARAZ and WESLEY BOWLING |
| 10 | DATED: | |
| 11 | | HOWARD, ROME, MARTIN AND RIDLEY LLP |
| 12 | | |
| 13 | | _____ |
| | | JOSEPH C. HOWARD, JR. |
| 14 | | Attorney for CITY OF BELMONT et al. |
| 15 | DATED: | |
| 16 | | _____ |
| | | JOHN D. NEBBELIN |
| 17 | | Attorney for COUNTY OF SAN MATEO et al. |
| 18 | DATED: 4/26/07 | |
| 19 | | BURNHAM & BROWN |
| 20 | | *[signature]* |
| | | JOHN VERBER |
| 21 | | Attorney for THOMAS & BETTS CORP. |
| 22 | | |
| 23 | DATED: | HELLER EHRMAN LLP |
| 24 | | |
| 25 | | _____ |
| | | AARON ARMSTRONG |
| 26 | | Attorney for ARMOR HOLDINGS FORENSICS, L.L.C. |
| 27 | | |
| 28 | | |

STIPULATION OF DISMISSAL

2

| | | |
|---|---|---|
| 1 | DATED: 4/24/07 | LAW OFFICES OF MARK BLAIR |
| 2 | | _/s/ Mark Blair_ |
| 3 | | MARK BLAIR |
| 4 | | Attorney for Plaintiffs |
| 5 | DATED: 04/24/07 | CLAPP, MORONEY, BELLAGAMBA and VUCINICH |
| 6 | | |
| 7 | | _/s/_ |
| 8 | | JEFFREY M. VUCINICH |
| 9 | | Attorney for CITY OF EAST PALO ALTO, OFFICER JERRY ALCARAZ and WESLEY BOWLING |
| 10 | DATED: 4/26/07 | HOWARD, ROME, MARTIN AND RIDLEY LLP |
| 11 | | |
| 12 | | |
| 13 | | JOSEPH C. HOWARD, JR. |
| 14 | | Attorney for CITY OF BELMONT et al. |
| 15 | DATED: 4/26/2007 | |
| 16 | | JOHN D. NIBBELIN |
| 17 | | Attorney for COUNTY OF SAN MATEO et al. |
| 18 | DATED: | BURNHAM & BROWN |
| 19 | | |
| 20 | | |
| 21 | | JOHN VERBER |
| | | Attorney for THOMAS & BETTS CORP. |
| 22 | | |
| 23 | DATED: 4/27/07 | HELLER EHRMAN LLP |
| 24 | | |
| 25 | | AARON ARMSTRONG |
| 26 | | Attorney for ARMOR HOLDINGS FORENSICS, L.L.C. |
| 27 | | |
| 28 | | |

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5/1/07

STIPULATION OF DISMISSAL