AARON M. ARMSTRONG (No. 197301)
DENISE CARDOSO (No. 245419)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone:  (415) 772-6000
Facsimile:  (415) 772-6268
Email:  aaron.armstrong@hellerehrman.com

Attorneys for Defendant
ARMOR HOLDINGS FORENSICS, L.L.C.

JOHN J. VERBER (No. 139917)
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 11th Floor
Oakland, California 94612
Telephone:  (510) 444-6800
Facsimile:  (510) 835-6666
Email:  jverber@burnhambrown.com

Attorneys for Defendants
THOMAS AND BETTS CORPORATION
and ARMOR HOLDINGS FORENSICS, L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA SOTO MORENO, *et al.*,<br><br>                           Plaintiffs,<br><br>     v.<br><br>CITY OF EAST PALO ALTO, *et al.*<br><br>                           Defendants. | Case No.:  C 06-4168 PJH<br><br>**DEFENDANT ARMOR HOLDINGS FORENSICS, L.L.C.'S NOTICE OF SUBSTITUTION OF COUNSEL**<br><br>The Honorable Phyllis J. Hamilton |

1  TO THE COURT AND ALL COUNSEL OF RECORD:

2      PLEASE TAKE NOTICE that Defendant Armor Holdings Forensics, L.L.C. hereby substitutes John J. Verber and the law firm of Burnham Brown, as its attorneys of record in the above-captioned action, in place of Aaron M. Armstrong and Denise Cardoso and the law firm Heller Ehrman LLP.  The address of Burnham Brown is 1901 Harrison Street, 11th Floor, Oakland, California 94612.  Its telephone and facsimile numbers are provided above.

May 10, 2007                                 Respectfully submitted,

                                              HELLER EHRMAN LLP

                                              By /s/ Aaron M. Armstrong
                                              AARON M. ARMSTRONG

                                              Attorneys for Defendant
                                              ARMOR HOLDINGS FORENSICS, L.L.C.

May 10, 2007                                 BURNHAM BROWN

                                              By /s/ John J. Verber
                                              JOHN J. VERBER

                                              Attorneys for Defendants
                                              THOMAS AND BETTS CORPORATION and
                                              ARMOR HOLDINGS FORENSICS, L.L.C.

5/14/07

**IT IS SO ORDERED**
Judge Phyllis J. Hamilton
*United States District Court, Northern District of California*