THOMAS F. CASEY III, COUNTY COUNSEL (SBN 47562)
By: John D. Nibbelin, Deputy (SBN 184603)
By: Aimee B. Armsby, Deputy (SBN 226967)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA 94063
Telephone: (650) 363-4757
Facsimile: (650) 363-4034
E-mail: jnibbelin@co.sanmateo.ca.us

Attorneys for Defendants
COUNTY OF SAN MATEO, CRAIG DENTON, DON HORSLEY, KEN JONES, JEFF KEARNAN, DAUBREY LINDAUER, RICK TIPPINS, PATRICK MORAN, JAMES KILLMON, FRED PADILLA, BENJAMIN HAND, ALBERT ELZEY, CRAIG CULLEN, TONY MARIUCCI, MATTHEW BROAD AND ARTHUR MARCUSSEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA SOTO MORENO, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF EAST PALO ALTO, et al. <br><br> Defendants. | Case No. C 06-4168 PJH <br><br> STIPULATION TO CONTINUE SCHEDULED SETTLEMENT CONFERENCE AND (~~PROPOSED~~) ORDER |

Pursuant to Rule 6 of the Federal Rules of Civil Procedure and 6-1(b) and 7-12 of the Civil Local Rules of the United States District Court for the Northern District of California, the undersigned parties agree that the Settlement Conference currently scheduled for September 28, 2007 at 10:00 AM should be continued for 60 days, until November 30, 2007, to allow the parties additional time to formalize a tentative settlement of all claims in this matter.

Dated: August 28, 2007

THE LAW OFFICE OF MARK BLAIR

By: _____
Mark Blair, Esq.

Attorneys for Plaintiffs
ANDREA SOTO MORENO, et al.

Case No. C 06-4168 PJH
STIPULATION TO CONTINUE SCHEDULED SETTLEMENT CONFERENCE AND (PROPOSED)

1  Dated: August __, 2007                    THOMAS F. CASEY III, COUNTY COUNSEL

2

3                                            By: _____
                                                 John D. Nibbelin, Deputy
4

5                                            Attorneys for Defendants
                                             COUNTY OF SAN MATEO, CRAIG DENTON,
6                                            DON HORSLEY, KEN JONES, JEFF
                                             KEARNAN, DAUBREY LINDAUER, RICK
7                                            TIPPINS, PATRICK MORAN, JAMES
                                             KILLMON, FRED PADILLA, BENJAMIN
8                                            HAND, ALBERT ELZEY, CRAIG CULLEN,
                                             TONY MARIUCCI, MATTHEW BROAD AND
9                                            ARTHUR MARCUSSEN

10  Dated: August 27. 2007                   HOWARD, ROME, MARTIN AND RIDLEY.
                                             LLP
11

12
                                             By: /s/Joseph C. Howard, Jr.,
13                                           Joseph C. Howard, Jr., Attorney for Defendants
                                             CITY OF BELMONT, et al
14

15  Dated: August ___. 2007                  BURNHAM & BROWN

16

17                                           By: _____
                                             John Verber, Attorney for Defendant
18                                           THOMAS & BETTS CORP.

19

20  PURSUANT TO STIPULATION, IT IS SO
    ORDERED:
21

22
    DATED:_____
23                                           _____
                                             Judge Phyllis J. Hamilton
24

25

26  L:\LITIGATE\M_CASES\Moreno\PLEADINGS\Stip to Extend Time for Settlement Conference.doc

27

28

Case No. C 06-4168 PJH                   2
                                       ORDER

| | | |
|---|---|---|
| 1 | Dated: August ___, 2007 | THOMAS F. CASEY III, COUNTY COUNSEL |
| 2 | | |
| 3 | | By: _____ |
| 4 | | John D. Nibbelin, Deputy |
| 5 | | Attorneys for Defendants COUNTY OF SAN MATEO, CRAIG DENTON, DON HORSLEY, KEN JONES, JEFF KEARNAN, DAUBREY LINDAUER, RICK TIPPINS, PATRICK MORAN, JAMES KILLMON, FRED PADILLA, BENJAMIN HAND, ALBERT ELZEY, CRAIG CULLEN, TONY MARIUCCI, MATTHEW BROAD AND ARTHUR MARCUSSEN |
| 10 | Dated: August ___, 2007 | HOWARD, ROME, MARTIN AND RIDLEY, LLP |
| 13 | | By: _____ Joseph C. Howard, Jr., Attorney for Defendants CITY OF BELMONT, et al |
| 15 | Dated: August 27th, 2007 | BURNHAM & BROWN |
| 17 | | By: /s/ John Verber John Verber, Attorney for Defendant THOMAS & BETTS CORP. |

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: September 13, 2007

IT IS SO ORDERED
Judge James Larson
(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)

L:\LITIGATE\M_CASES\Moreno\PLEADINGS\Stip to Extend Time for Settlement Conference.doc

Case No. C 06-4168 PJH          2
ORDER