MARK BLAIR
State Bar Number 122168
520 South El Camino Real, Suite 218
San Mateo, California 94402
PHONE (650) 344-4343
FAX (650) 344-4353
EMAIL: themarkblair@yahoo.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA SOTO MORENO, JESSICA SOTO MORENO, MARITZA SOTO MORENO, OSCAR RENTERIA, RAMIRO SOTO MORENO, FELICIANO VARGAS, FELICIANO VARGAS JR, LUZ AIDA VARGAS <br> Plaintiffs, <br><br> vs. <br><br> CITY OF EAST PALO ALTO, a municipal corporation; CITY OF BELMONT, a municipal corporation; COUNTY OF SAN MATEO, a political subdivision of the State of California; Jerry ALCARAZ, individually and in his official capacity as a police officer; John MUNSEY, individually and in his official capacity as a police officer; Richard MAHER, individually and in his official capacity as a police officer; Gary RAMOS, individually and in his official capacity as a police officer; Craig DENTON, individually and in his official capacity as a police officer; Ken JONES, individually and in his official capacity as police officer; Jeff KEARNAN, individually and in his official capacity as police officer; Daubrey LINDAUER, individually and in his official capacity as a police officer; Rick TIPPINS, individually and in his official capacity as a police officer; Patrick MORAN, individually and in his official capacity as a police officer; Jim CHRISTMAN, individually and in his official capacity as a police officer; James KILLMON, individually and in his official capacity as a police | CASE NO : C 06 4168 PJH <br><br> STIPULATION BY ALL PARTIES <br> TO DISMISSAL WITH <br> PREJUDICE |

1

1  officer; Fred PADILLA, individually and in his official )
   capacity as a police officer; Benjamin HAND, )
2  individually and in his official capacity as a police )
   officer; Albert ELZEY, individually and in his official )
3  capacity as a police officer; Craig CULLEN, individually )
   and in his official capacity as a police officer; Tony )
4  MARIUCCI, individually and in his official capacity as a )
5  police officer; Matthew BROAD, individually and in his )
   official capacity as a police officer; Tony PSAILA, )
6  individually and in his official capacity as a police )
7  officer; Arthur MARCUSSEN, individually and in his )
   official capacity as a police officer; Donald Mattei, )
8  individually and in his official capacity as the Chief of )
   Police of the City of Belmont; Wesley Bowling, )
9  individually and in his official capacity as a police )
10 officer; and in his or her capacity as Acting Chief of )
   Police of the City of East Palo Alto; Don Horsley, )
11 individually and in his official capacity as a police officer )
   and as Sheriff of San Mateo County Sheriffs Department; )
12 Thomas and Betts Corporation and Armor Holdings )
13 Forensic L.L.C. as sole proprietorships, partnerships, )
   corporations or limited liability companies, as the )
14 manufacturers, designers, distributors, assemblers, and )
   sellers of the plastic restraint placed on Mr. Vargas )
15                                                          )
16          Defendants.                                     )
17
18 All parties hereby agree and stipulate that all monies to settle the case have been paid to the
19 plaintiffs and therefore, that this case be dismissed with prejudice as to all parties.
20 Dated this 22 day of February, 2008
21 LAW OFFICES OF MARK BLAIR
22
23
24 By : _[signature]_
   MARK BLAIR
25 Attorney for Plaintiffs
26 /////////////////////////////////
27
28
                              2
       STIPULATION TO DISMISSAL WITH PREJUDICE BY ALL PARTIES

1   Dated this ____ day of February, 2008

2   Howard, Rome, Martine & Ridley LLP

3

4

5   By :
    JOSEPH HOWARD
6   Howard, Rome, Martine & Ridley LLP
    Attorneys for Defendants City of Belmont, Chief of Police Donald Mattei, Officer James
7   Christman, Officer Anthony Psaila

8

9   Dated this 21st day of February, 2008

10  Burnham Brown APC

11

12  By:
    JOHN J. VERBER
13  Burnham Brown APC
    Attorneys for Thomas and Betts Corporation and Armor Holdings Forensics LLC

14

15  Dated this 21st day of February, 2008

16  San Mateo County Counsel

17

18

19  By
    JOHN NIBBELIN, DEPUTY COUNTY COUNSEL
20  John Nibbelin, Deputy County Counsel
    San Mateo County Counsel
21  Attorneys for Defendants County of San Mateo, Deputy Sheriff John Munsey, Deputy Sheriff
22  Richard Maher, Deputy Sheriff Craig Denton, Deputy Sheriff Gary Ramos, Deputy Sheriff
    Daubrey Lindauer, Deputy Sheriff Rick Tippens, Deputy Sheriff Patrick Moran, Deputy Sheriff
23  James Killmon, Deputy Sheriff Fred Padilla, Deputy Sheriff Benjamin Hand, Deputy Sheriff Craig
    Cullen, Deputy Sheriff Tony Mariucci, Deputy Sheriff Matthew Broad, Deputy Sheriff Arthur
24  Marcussen, Deputy Sheriff Ken Jones, Former Sheriff Don Horsley

25

26

27

28

STIPULATION TO DISMISSAL WITH PREJUDICE BY ALL PARTIES

Dated this 21 day of February, 2008

Howard, Rome, Martine & Ridley LLP


By : _____
JOSEPH HOWARD
Howard, Rome, Martine & Ridley LLP
Attorneys for Defendants City of Belmont, Chief of Police Donald Mattei, Officer James
Christman, Officer Anthony Psaila


Dated this ____ day of February, 2008

Burnham Brown APC


By:
JOHN J. VERBER
Burnham Brown APC
Attorneys for Thomas and Betts Corporation and Armor Holdings Forensics LLC


Dated this ____ day of February, 2008

San Mateo County Counsel


By:
JOHN NIBBELIN, DEPUTY COUNTY COUNSEL
John Nibbelin, Deputy County Counsel
San Mateo County Counsel
Attorneys for Defendants County of San Mateo, Deputy Sheriff John Munsey, Deputy Sheriff
Richard Maher, Deputy Sheriff Craig Denton, Deputy Sheriff Gary Ramos, Deputy Sheriff
Daubrey Lindauer, Deputy Sheriff Rick Tippens, Deputy Sheriff Patrick Moran, Deputy Sheriff
James Killmon, Deputy Sheriff Fred Padilla, Deputy Sheriff Benjamin Hand, Deputy Sheriff Craig
Cullen, Deputy Sheriff Tony Mariucci, Deputy Sheriff Matthew Broad, Deputy Sheriff Arthur
Marcussen, Deputy Sheriff Ken Jones, Former Sheriff Don Horsley

2/27/08

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3

STIPULATION TO DISMISSAL WITH PREJUDICE BY ALL PARTIES